Application granted. The pre-motion conference scheduled for June 13, 2023 is rescheduled to June 26, 2023 at 2:30 p.m.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 9.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
     May 16, 2023

**BERLINGIERI LAW**

244 Fifth Avenue, Suit[e]
New York, New York
Tel. (347) 766-51[ ]
Fax (914) 730-10[ ]
cjb@nyctlaw.co[m]

*Via ECF*
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *S.D.N.Y.  7:23-cv-01380-PMH Osborn v. New York City Health Hospitals Corporation et al*

Dear Judge Halpern,

I write pursuant to Your Honor's individual rules of practice to respectfully request an adjournment of the June 13, 2023 premotion conference for Defendants' motion to dismiss. The reason for the request for an adjournment is because I have a conflict with my trial schedule in a state case. I have a civil New York Labor Law bench trial in New York County Supreme Court (*Jorge Ibarra v. Samantha Ingenito, Index No. 157293/2018*) with trial commencing on June 12 and could go over into June 13, 2023. While I anticipate a one day trial, there may be a possibility of continuing said trial on June 13, 2023. Therefore, after consulting with Defendant's counsel and obtaining the said counsel's consent, we believe that a small adjournment of our conference would be in order out of an abundance of caution.  We respectfully request a date prior to June 28, 2023 or whenever the Court has another available date. This is the first request for an adjournment of the premotion conference.

Very truly yours,

Christopher J. Berlingieri, Esq.